# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>the Residence and Property of James Rex Gregory<br>1050 Centerpoint Road, Decatur, Tennessee | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 1:11-MJ- *135*

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Eastern___ District of ___Tennessee___
*(identify the person or describe the property to be searched and give its location)*:
the residence and property of James Rex Gregory, 1050 Centerpoint Road, Decatur, Tennessee, as more fully described in the attachment to ATF SA Stephen Gordy's affidavit, incorporated herein by reference.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Evidence of a crime; contraband, fruits of crime, or other items illegally possessed; or property designed for use, intended for use, or used in committing a crime, more fully described in affidavit of ATF SA Stephen Gordy, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___July 5, 2011___
*(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
___Susan K. Lee___ .
                          *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___6/21/2011 at 4:33 P.M.___      ___[signature]___
                                                                    *Judge's signature*

City and state:  ___Chattanooga, Tennessee___      ___United States Magistrate Judge Hon. Susan K. Lee___
                                                                              *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>1:11-MJ-*135* | Date and time warrant executed:<br>11/23/2011   3:30 PM | Copy of warrant and inventory left with:<br>James R. Gregory |

| Inventory made in the presence of : |
|---|
| ATF SA Stephen Gordy |

Inventory of the property taken and name of any person(s) seized:

see attached: ATF Evidence Control Log (seven pages)
ABC Inventory of Search (two pages)

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/30/11

_____
Executing officer's signature

Stephen Gordy, ATF SA
Printed name and title



**U.S. Department of Justice**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**

# EVIDENCE CONTROL LOG

**CASE NUMBER:** *776025-10-0120*
**TITLE:** *NT4OM – James Rex Gregory*
**ADDRESS:** *1050 Centerpoint Road*
**CITY/STATE/ZIP:** *Decatur, TN  37322*

**DATE:** *June 23, 2011*
**EVIDENCE TECH:** *ATF SA Warren Smith*
**OFFICE:** *Chattanooga*
**TELEPHONE:** *423 855-6422*

| SW ITEM # | NFORCE # | FOUND BY | LOCATION | DESCRIPTION OF ITEM |
|---|---|---|---|---|
| 1. | 146 | Lane | Rex Gregory | $1,233.00 U.S. Currency |
| 2. | 115 | Lane | Rex Gregory | Keltec, model P32 .32 caliber, SN C2518, (loaded) |
| 3. | 147 | M. Musgrave | Alva Gregory | $1,261.00 U.S. Currency |
| 4. | 148 | Johnson | Kitchen drawer in wallet | $3,126.00 U.S. Currency & TN DL |
| 5. | 149 | Lane | Dresser- bedroom | $200.00 U.S. Currency |
| 6. | 150 | Lane | Dresser - bedroom | $940.00 U.S. Currency |
| 7. | 151 | Lane | Wallet- bedroom Alva Gregory | $2,456 .00 U.S. Currency |
| 8. | 152 | Lane | Safe- bedroom Cash Box #1 | $10,524.00 U.S. Currency |
| 9. | 153 | Lane | Safe, under the bed- bedroom | $60,100.00  U.S. Currency |
| 10. | 74 | Hill | Bathroom | Rifle- Remington, model 700, 30-06, SN  E6483125 |
| 11. | 73 | Frost | Office | Rifle- Marlin, model 336W, 30-30,  SN  91041002 |
| 12. | 83 | Frost | Office | Shotgun- Winchester, model 370, 20 ga, SN  C120261 |
| 13. | 55 | Frost | Office | Shotgun- Winchester, model 1200, 20 ga,  SN  L972278 |
| 14. | 41 | Frost | Office | Rifle- Winchester, model 190 .22, SN B829352 |
| 15. | 57 | Frost | Office | Rifle- Winchester, model 67A .22, SN:  N/A |
| 16. | 32 | Frost | Office | Shotgun- Remington, model 870, 12-ga, SN 530768 |
| 17. | 44 | Frost | Office | Shotgun- Winchester, model 1200, 12-ga, SN L999536 |
| 18. | 89 | Frost | Office | Derringer- Freedom Arms, .22, SN A20932 |
| 19. | 40 | Frost | Office | Derringer- North American Arms, 22, SN C41542 |
| 20. | 101 | Frost | Office | Pistol- MAK Czech, 9mm, SN 178245 |

**SIGNATURE:** *S Story*

***PAGE 1 OF 7***

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives



# EVIDENCE CONTROL LOG

**CASE NUMBER:** *776025-10-0120*
**TITLE:** *NT4OM – James Rex Gregory*
**ADDRESS:** *1050 Centerpoint Road*
**CITY/STATE/ZIP:** *Decatur, TN 37322*

**DATE:** *June 23, 2011*
**EVIDENCE TECH:** *ATF SA Warren Smith*
**OFFICE:** *Chattanooga*
**TELEPHONE:** *423 855-6422*

| SW ITEM # | NFORCE # | FOUND BY | LOCATION | DESCRIPTION OF ITEM |
|---|---|---|---|---|
| 21. | 114 | Fairbanks | Office | Rifle- Winchester, model 94A, 30-30, SN 5285198 |
| 22. | 76 | Frost | Office | Rifle- Winchester 22/LR, SN B1683845 |
| 23. | 87 | Frost | Office | Rifle- Marlin 30AW 30-30, Win, SN 02058933 |
| 24. | 62 | Frost | Office | Rifle- Remington 22LR, SN 230287 |
| 25. | 64 | Frost | Office | Rifle- Marlin 22LR model 60, SN 04218736 |
| 26. | 96 | Frost | Office | Rifle- Raw Arm Corp 22, SN A1354 |
| 27. | 52 | Frost | Office | Rifle- Yugoslavia 7.62, model 59/66, SN N563941 |
| 28. | 34 | Frost | Office | Rifle- Remington 22LR, SN- *None* |
| 29. | 107 | Frost | Office | Shotgun- Winchester 37A 12gauge, SN C514451 |
| 30. | 81 | Frost | Office | Shotgun- Winchester 370 12 gauge, SN C368679 |
| 31. | 68 | Frost | Office | Rifle- Winchester 67A 22LR, SN 30263 |
| 32. | 72 | Frost | Office | Rifle- Winchester 190 22LR, SN B1189176 |
| 33. | 65 | Frost | Office | Rifle- Winchester 250 22LR, SN 191448 |
| 34. | 60 | Frost | Office | Pistol- Taurus, model PT945, 45 caliber, SN NSF68203 |
| 35. | 95 | Frost | Office | Pistol- JPE Pomona, model 213, 9x19, SN 732196 |
| 36. | 92 | Frost | Office | Pistol- Kel-Tec, model P-32, 32-caliber SN 108826 |
| 37. | 141 | Frost | Office | Pistol- Phoenix, model HP228, 22 caliber SN 4233580 |
| 38. | 143 | Frost | Office | Pistol- American Arms, model P98, 22 caliber SN 006847 |
| 39. | 124 | Frost | Office | Pistol- Taurus, model PT22, 22 caliber SN Y106162 |
| 40. | 144 | Frost | Office | Revolver- Taurus, 38 special, SN KF44027 |

**SIGNATURE:** _____

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives



# EVIDENCE CONTROL LOG

**CASE NUMBER:** *776025-10-0120*
**TITLE:** *NT4OM – James Rex Gregory*
**ADDRESS:** *1050 Centerpoint Road*
**CITY/STATE/ZIP:** *Decatur, TN  37322*

**DATE:** *June 23, 2011*
**EVIDENCE TECH:** *ATF SA Warren Smith*
**OFFICE:** *Chattanooga*
**TELEPHONE:** *423 855-6422*

| SW ITEM # | NFORCE # | FOUND BY | LOCATION | DESCRIPTION OF ITEM |
|---|---|---|---|---|
| 41. | 85 | Frost | Office | Derringer- North American Arms, 22cal, SN L112579 |
| 42. | 77 | Frost | Office | Pistol- Norinco, model 213, 9x19, SN 702489 |
| 43. | 90 | Frost | Office | Pistol- Smith & Wesson, model SW9VE, 9mm, SN PBV3953 |
| 44. | 42 | Frost | Office | Pistol- Sterling, 22cal, SN A90103 |
| 45. | 59 | Frost | Office | Revolver- High Standard, model Double 9, 22 caliber, SN 1308461 |
| 46. | 33 | Frost | Office | Revolver- Smith & Wesson, 38 special, SN 815227 |
| 47. | 38 | Frost | Office | Pistol- Glock, model 26, 9mm, SN NWM395 |
| 48. | 36 | Frost | Office | Pistol- Ruger, model MKIII, 22 caliber, SN 228-84216 |
| 49. | 51 | Frost | Office | Pistol- Rock Island Armory, model M1911-A1, 45caliber SN  R1A1146575 |
| 50. | 30 | Frost | Office | Pistol- Beretta, model U22 Neo, 22caliber,  SN P30056 |
| 51. | 31 | Frost | Office | Rifle- Marlin, model 1894, 357 caliber,  SN 21060527 |
| 52. | 104 | Lane | Hallway | Shotgun- Ithaca, model Feather light, 12 gauge,  SN 371634444 |
| 53. | 112 | Lane | Hallway | Shotgun- Sarsilmaz Silah Sanay-Duzce, model Verona, 12 gauge, SN T1102-02DK01629 |
| 54. | 61 | Lane | Hallway | Rifle- Mossberg, model 42M, 22caliber,  SN *None* |
| 55. | 48 | Lane | Hallway | Rifle- Ruger, model 10-22, 22caliber, SN 230-93926 |
| 56. | 140 | Lane | Hallway | Rifle- Mossberg, model 46B, 22caliber,  SN *None* |
| 57. | 71 | Lane | Hallway | Rifle- Marlin, model 80-DL, 22cal, SN None |
| 58. | 37 | Lane | Hallway | Rifle- Marlin, model 25N, 22cal, SN 10702098 |
| 59. | 79 | Lane | Living Room | Rifle- Norinco, model SKS, 7.62x39, SN 12227140 |
| 60. | 39 | Lane | Living Room | Rifle- Norinco, model SKS, 7.62x39, SN 032124 |

**SIGNATURE:** *SFrost*

*PAGE 3 OF 7*

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives



# EVIDENCE CONTROL LOG

**CASE NUMBER:** *776025-10-0120*
**TITLE:** *NT4OM – James Rex Gregory*
**ADDRESS:** *1050 Centerpoint Road*
**CITY/STATE/ZIP:** *Decatur, TN  37322*

**DATE:** *June 23, 2011*
**EVIDENCE TECH:** *ATF SA Warren Smith*
**OFFICE:** *Chattanooga*
**TELEPHONE:** *423 855-6422*

| SW ITEM # | NFORCE # | FOUND BY | LOCATION | | DESCRIPTION OF ITEM |
|---|---|---|---|---|---|
| 61. | 137 | Lane | Living Room | | Rifle- Taurus, model 72, 22caliber,  SN TF4512 |
| 62. | 109 | Lane | Living Room | | Rifle- Marlin, model Glenfield 75, 22 caliber,  SN *None* |
| 63. | 82 | Lane | Living Room | | Rifle- Mossberg, model 702, 22 caliber, SN  E1G3040049 |
| 64. | 102 | Lane | Living Room | | Rifle- Marlin, model Glenfield 60, 22caliber,  SN 20381401 |
| 65. | 113 | Lane | Living Room | | Shotgun- Stevens, model 940B, 16 gauge, SN *None* |
| 66. | 122 | Lane | Living Room | | Rifle- Marlin, model 99M1, 22cal, SN *None* |
| 67. | 129 | Lane | Living Room | | Rifle- Marlin, model 60, 22 caliber,  SN 15491054 |
| 68. | 46 | Lane | Living Room | | Pistol - Kel-Tec, model P92, 32 caliber, SN 33082 |
| 69. | 103 | Lane | Bedroom closet | | Shotgun- Springfield, model 67F, 410gauge, SN *None* |
| 70. | 125 | Lane | Bedroom closet | | Shotgun- JC Higgins, model 101.25, 410 gauge,  SN *None* |
| 71. | 119 | Lane | Bedroom closet | | Rifle- Rossi/Interarms, model 62SAC, 22caliber  SN GH88654 |
| 72. | 121 | Lane | Bedroom, behind bed | | Shotgun- Maverick Arms, model 88, 12 gauge, SN MV38795B |
| 73. | 111 | Lane | Bedroom | | Rifle- Mossberg, model 100ATR, 30-06, SN BA112420 |
| 74. | 106 | Lane | Bedroom | | Rifle- Ruger, model 10-22, 22 caliber, SN 126-54955 |
| 75. | 128 | Lane | Bedroom | | Pistol- Intratec, model Tec 9, 9mm,  SN 119544 |
| 76. | 91 | Lane | Bedroom- safe | | Rifle- Norinco, SKS, 7.62x39,  SN  H1113 |
| 77. | 132 | Lane | Bedroom- safe | | Rifle- Norinco, SKS, 7.62x39,  SN  2401438 |
| 78. | 84 | Lane | Bedroom- safe | | Rifle- Norinco, SKS, 7.62x39, SN  70918609 |

**SIGNATURE:** *[signature]*

**PAGE 4 OF 7**

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives



# EVIDENCE CONTROL LOG

**CASE NUMBER:** *776025-10-0120*
**TITLE:** *NT4OM – James Rex Gregory*
**ADDRESS:** *1050 Centerpoint Road*
**CITY/STATE/ZIP:** *Decatur, TN  37322*

**DATE:**  *June 23, 2011*
**EVIDENCE TECH:** *ATF SA Warren Smith*
**OFFICE:** *Chattanooga*
**TELEPHONE:** *423 855-6422*

| SW ITEM # | NFORCE # | FOUND BY | LOCATION | | DESCRIPTION OF ITEM |
|---|---|---|---|---|---|
| 79. | 135 | Lane | Bedroom- safe | | Rifle- Winchester, model 190, 22caliber, SN B1411361 |
| 80. | 139 | Lane | Bedroom- safe | | Rifle- unknown manufacturer, bolt action  SN W7072 |
| 81. | 123 | Lane | Bedroom- safe | | Shotgun- Mossberg, model 500A, 12gauge SN L21237 |
| 82. | 78 | Lane | Bedroom- safe | | Rifle- Remington, model 788, .243cal, SN B6056041 |
| 83. | 131 | Lane | Bedroom- safe | | Rifle- Winchester, model 94, 30-30 SN 3732903 |
| 84. | 136 | Lane | Bedroom- safe | | Winchester, model 37A, 12gauge SN C623779 |
| 85. | 70 | Lane | Bedroom- safe | | Rifle- Remington, model 24, 22 caliber,  SN 121326 |
| 86. | 134 | Lane | Bedroom- safe | | Rifle- Winchester, model 74, 22 caliber, SN 200301A |
| 87. | 117 | Lane | Bedroom- safe | | Rifle- Remington, model Nylon 66, 22caliber  SN 2239477 |
| 88. | 126 | Lane | Bedroom- safe | | Rifle- Stevens, model 22-410, 22cal  SN *None* |
| 89. | 116 | Lane | Bedroom- safe | | Rifle- Marlin, model 336, 35cal  SN 25091904 |
| 90. | 100 | Lane | Bedroom- safe | | Shotgun- Winchester, model 120, 12gauge, SN L155076 |
| 91. | 80 | Lane | Bedroom- safe | | Rifle- Marlin, model 336, 30-30  SN 19015639 |
| 92. | 88 | Lane | Bedroom- safe | | Rifle- Ruger, model 10-22, 22 caliber SN 128-67387 |
| 93. | 133 | Lane | Bedroom- safe | | Shotgun- Mossberg, model 500A, 12gauge  SN J745681 |
| 94. | 108 | Lane | Bedroom- safe | | Rifle- Marlin, model 336CS, 30-30,  SN 12083976 |
| 95. | 75 | Lane | Bedroom- safe | | Rifle- Ruger, model 10-22, 22cal  SN 251-00851 |
| 96. | 69 | Lane | Bedroom- safe | | Rifle- Ruger, model 10-22, 22cal  SN 116-25078 |
| 97. | 94 | Lane | Bedroom- safe | | Rifle- Century International Arms, model M70AB2, 7.62x39    SN M70AB21347 |
| 98. | 130 | Lane | Bedroom- safe | | Rifle- New Haven, model 25IC, 22caliber, SN 401495 |

**SIGNATURE:** *Signature*

***PAGE 5 OF 7***

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives



# EVIDENCE CONTROL LOG

**CASE NUMBER:** *776025-10-0120*
**TITLE:** *NT4OM – James Rex Gregory*
**ADDRESS:** *1050 Centerpoint Road*
**CITY/STATE/ZIP:** *Decatur, TN  37322*

**DATE:** *June 23, 2011*
**EVIDENCE TECH:** *ATF SA Warren Smith*
**OFFICE:** *Chattanooga*
**TELEPHONE:** *423 855-6422*

| SW ITEM # | NFORCE # | FOUND BY | LOCATION | DESCRIPTION OF ITEM |
|---|---|---|---|---|
| 99. | 86 | Lane | Bedroom- safe | Pistol- Imez, model Makavov, 9mm , PM/1J70-18A SN  AOT9586 |
| 100. | *N/A* | *N/A* | *N/A* | *No item # 100 on original Evidence Control Log* |
| 101. | 49 | Lane | Bedroom- safe | Pistol- Echasa Eibar, model GZ, 22cal  SN 52964 |
| 102. | 105 | Lane | Bedroom- safe | Pistol- Star, model Super, 9mm  SN ET12958 |
| 103. | 110 | Lane | Bedroom- safe | Pistol- Vektor, model CP1, 9mm  SN BDD902 |
| 104. | 120 | Lane | Bedroom- safe | Pistol- Glock, model 26, 9mm  SN HRY248 |
| 105. | 99 | Lane | Bedroom- safe | Pistol- Smith & Wesson, model 22A, 22 caliber SN  UAV0080 |
| 106. | 97 | Lane | Bedroom- safe | Pistol- FN, 25cal, SN 1086372 |
| 107. | 127 | Lane | Bedroom | Pistol - Glock, model 23, 40 cal  SN H22393 |
| 108. | 45 | Lane | Bedroom | Pistol - Glock, model 23, 40cal SN DLS403 |
| 109. | 53 | Lane | Bedroom | Pistol - Glock, model 23, 40 cal  SN DEY771 |
| 110. | 142 | Lane | Bedroom | Rifle- (short barrel) J Stevens, 22caliber, SN  *None* |
| 111. | 138 | Lane | Bedroom | Rifle- Henry Repeating Arms, model US Survival, 22cal SN  02269 |
| 112. | 98 | M. Musgrave | Kitchen | Rifle - Marlin, model 18945, 44 special (with scope) SN  01019801 |
| 113. | 66 | M. Musgrave | Kitchen | Pistol - Ruger, model 96, 22caliber,  SN 620-17400 |
| 114. | 56 | M. Musgrave | Kitchen | Revolver- Gerstenberger, 22caliber,  SN 164703 |
| 115. | 160 | Hill | Shed | Two documents |
| 116. | 161 | Hill | Shed | Scanner, Uniden Bearcat |
| 117. | 166 | Hill | Shed | One bag assorted ammunition  (149 rounds) |

**SIGNATURE:** _____

*PAGE 6 OF 7*

**U.S. Department of Justice**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**



# EVIDENCE CONTROL LOG

**CASE NUMBER:** *776025-10-0120*
**TITLE:** *NT4OM – James Rex Gregory*
**ADDRESS:** *1050 Centerpoint Road*
**CITY/STATE/ZIP:** *Decatur, TN  37322*

**DATE:** *June 23, 2011*
**EVIDENCE TECH:** *ATF SA Warren Smith*
**OFFICE:** *Chattanooga*
**TELEPHONE:** *423 855-6422*

| SW ITEM # | NFORCE # | FOUND BY | LOCATION | | DESCRIPTION OF ITEM |
|---|---|---|---|---|---|
| 118. | 162 | Fairbanks | Office | | Assorted documents |
| 119. | 157 | Hill | Shed | | Marijuana |
| 120. | 158 | M. Musgrave | Kitchen | | Marijuana in blue plastic bag |
| 121. | 159 | M. Musgrave | Kitchen | | Assorted pills  (*Hydrocodone*) |
| 122. | 163 | M. Musgrave | Kitchen | | Scales (Digital) |
| 123. | 154 | Fairbanks | Office | | $650.00 U.S. Currency |
| 124. | 155 | Frost | Office desk | | $153.00 U.S. Currency and miscellaneous paperwork |
| 125. | 164 | M. Musgrave | Kitchen | | Scanner, Uniden |
| 126. | 167 | Frost | Office | | Assorted ammunition  (≈7701 rounds) |
| 127. | 168 | Lane | Bedroom | | Assorted Ammunition  (≈2401 rounds) |
| 128. | 165 | Frost | Shed- safe | | Miscellaneous papers |
| 129. | 156 | Thompson | Living Room-closet | | $13.00  U.S. Currency |
| 130. | N/A | Hill | Shed/Residence | | 13 items  - ABC Inventory (*attached*); "Moonshine" |
| 131. | 145 | Fairbanks | Office | | Revolver- .22-Caliber, Arms Co,  SN  20259 |
| 132. | 93 | Frost | Bedroom | | Rifle-  Remington, model  742  30-06,  SN A7179782 |
| 133. | N/A | Frost | Driveway | | 2004 Chevrolet VIN 1GCHK2922E362031 |
| | | | | | |

**SIGNATURE:**

**PAGE 7 OF 7**



### STATE OF TENNESSEE
### ALCOHOLIC BEVERAGE COMMISSION
## INVENTORY OF SEARCH

CASE NUMBER: _____

DATE: 06/23/11　　　　　　　　TIME: 9:25 Pm

SUSPECT/S: Rex Gregory

LOCATION SEARCHED: 1050 Center Point Road, Decatur TN.

**ITEMS SEIZED:**

(1) Description: 8 Quarts Moonshine (Untaxed Liquor)

　　　　　　　　　　　　　　　　Found By: ASAC Richardson

　　Where Found: Pantry · Kitchen

(2) Description: 1 Quart Moonshine (Untaxed Liquor)

　　　　　　　　　　　　　　　　Found By: ASAC Richardson

　　Where Found: Kitchen Cabinet

(3) Description: 2 Partial Quarts (½ + ¼) Moonshine (Untaxed Liquor)

　　　　　　　　　　　　　　　　Found By: ASAC Richardson

　　Where Found: Kitchen Cabinet

(4) Description: 1 Partial 3Liter (¼) Moonshine (Untaxed Liquor)

　　　　　　　　　　　　　　　　Found By: ASAC Richardson

　　Where Found: Lower Kitchen Cabinet

(5) Description: 1 Partial 4Liter (¾) Moonshine (Untaxed Liquor)

　　　　　　　　　　　　　　　　Found By: ASAC Richardson

　　Where Found: Lower Kitchen Cabinet

(6) Description: 1 Quart Moonshine (Untaxed Liquor)

　　　　　　　　　　　　　　　　Found By: ASAC Richardson

　　Where Found: Lower Kitchen Cabinet

(7) Description: 1 Partial Gal. (¼) Moonshine (Untaxed Liquor)

　　　　　　　　　　　　　　　　Found By: ASAC Richardson

　　Where Found: Utility Room

THE ABOVE EVIDENCE WAS TAKEN INTO CUSTODY BY: James Richardson

WITNESS: _Jason_ _____　CASE AGENT: _James Richardson_

　　　　(Signature)　　　　　　　　　　　　　　　(Signature)

DISTRIBUTION: WHITE – Attach to Original Search Warrant
　　　　　　　YELLOW – Case File
　　　　　　　PINK – AIC
　　　　　　　GREEN – Defendant
　　　　　　　GOLDENROD – Nashville IIQ

PAGE #: 1 of 2

AB-0059



**STATE OF TENNESSEE**
**ALCOHOLIC BEVERAGE COMMISSION**

# INVENTORY OF SEARCH

CASE NUMBER: _____

DATE: 06/23/11        TIME: 9:25 Pm

SUSPECT/S: Rex Gregory

LOCATION SEARCHED: 1050 Center Point Road, Decatur TN.

**ITEMS SEIZED:**

(8) Description: 1 Copper Condenser
                 Found By: ASAC Richardson

Where Found: Living Room

(9) Description: 2 Stainless Steel Condenser Parts
                 Found By: ASAC Richardson

Where Found: Livingroom

(10) Description: 12 - 4 Liter Bottles Moonshine (untaxed liquor)
                 Found By: ASAC Richardson

Where Found: Outbuilding

(11) Description: 11 - 3 Liter Bottles Moonshine (untaxed liquor)
                 Found By: ASAC Richardson

Where Found: Out Building

(12) Description: 3 - 1.75 Liter Moonshine (untaxed liquor)
                 Found By: ASAC Richardson

Where Found: Out Building

(13) Description: 18 - 1 gal Moonshine (untaxed liquor)
                 Found By: ASAC Richardson

Where Found: Outbuilding

( ) Description: No Other Items
                 Found By:

Where Found:

THE ABOVE EVIDENCE WAS TAKEN INTO CUSTODY BY: James Richardson

WITNESS: _____     CASE AGENT: James Richardson
          (Signature)                          (Signature)

DISTRIBUTION: WHITE – Attach to Original Search Warrant
             YELLOW – Case File
             PINK – AIC
             GREEN – Defendant
             GOLDENROD – Nashville IIQ

PAGE #: 2 of 2

AB-0059

EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA
Affidavit for Search Warrant

This affiant, Stephen Gordy, Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives, being duly sworn, states the following:

1.     I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and have been so employed since September 10, 2001.  I am currently assigned to the Chattanooga, Tennessee Field Office.  I have a Bachelor of Science degree in Business Management from Carson-Newman College.  I have over 30 hours of graduate level Criminal Justice courses from the University of Tennessee at Chattanooga.  I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigators Training Program.  I am a graduate of the ATF National Academy's New Professional Training Program.  In the performance of my duties I have conducted investigations of violations of state and federal laws, including drug trafficking, firearms trafficking, explosives crimes, and other violent crimes.  As a result of my training and experience as an ATF Special Agent, I am familiar with federal criminal laws relating to firearms, explosives, arson and illegal controlled substances.  The information contained in this affidavit has been obtained by your affiant through personal knowledge and information related to your affiant by fellow law enforcement officers.  This affidavit is submitted in support of a search warrant for the premises, outbuildings, shelters and curtilage at the residence of James Rex Gregory, 1050 Centerpoint Road, Decatur, Tennessee.

2.     Based upon affiant's training, experience, and participation in investigations involving firearms violations and narcotics violations, your affiant knows:

(a)     That drug and firearms traffickers may maintain on hand U.S. currency in order to maintain and finance their ongoing narcotics and firearm business;

(b)     That drug and firearms traffickers maintain books, records, receipts, notes, ledgers, airline tickets, money orders, and other papers relating to the transportation, ordering, sale and distribution of firearms and controlled substances.  That the aforementioned books, records, receipts, notes, ledgers, etc. are maintained where the traffickers have ready access to them;

(c)     That it is common for drug and firearms traffickers to maintain proceeds of firearms sales and records of transactions in secure locations within their residence, including locked boxes, closets, hidden compartments, storage facilities, outbuildings, and vehicles parked at

their residence, and other locations which they maintain dominion and control over, for ready access and to conceal these items from law enforcement authorities;

(d)     That it is common amongst drug and firearm traffickers to use cellular phones to conduct sales and to keep phone numbers of their associates within the cell phones. Traffickers also frequently use cellular telephones and keep a list of names and numbers of customers and suppliers in their electronic address books of their cellular telephones.

(e)     That drug traffickers keep in their possession evidence including controlled substances, material and paraphernalia for manufacturing, packaging, cutting, weighing and distributing controlled substances, including but not limited to, scales, baggies and packing material.

(f)     That it is common for persons involved in drug and firearms trafficking to maintain evidence pertaining to their obtaining, secreting, transferring , concealing and/or spending proceeds, such as: currency, financial instruments, precious metals and gemstones, jewelry, books, records, invoices, receipts, records of real estate transactions, bank statements and related records, passbooks, money drafts, letters of credit, money orders, bank drafts, cashiers checks, bank checks, safe deposit box keys and money wrappers.  These items are maintained by the traffickers within their residences, businesses or other locations which they maintain dominion and control over.

(g)     That drug and firearms traffickers often utilize electronic equipment such as computers, facsimile machines, currency counting machines and telephone answering machines to generate, transfer, count, records and/or store the information described above.  Traffickers also utilize electronic equipment such as video cameras, listening devices and motion sensors to protect their property and provide counter surveillance of law enforcement.

(h)     That drug and firearms traffickers commonly maintain addresses and telephone numbers in books or papers which reflect names, addresses and/or telephone numbers of their associates within their trafficking organization;

(i)     Traffickers often store photographs in cellular phones.  And that drug and firearms traffickers take or cause to be taken photographs of themselves, their associates, their property and their product and that these traffickers usually maintain these photographs in their possession.

(j)     That drug and firearms traffickers commonly have in their possession, which is on their person, at their residences, vehicles and outbuildings, firearms, including but not limited to:

handguns, pistols, revolvers, rifles, shotguns, machine guns and other weapons. Said firearms are for sale and trade. The firearms are also used to protect and secure their property. Such property may include, but is not limited to, firearms, books, records and U.S. currency.

3. I am currently participating in a joint Federal investigation of firearms trafficking and controlled substance distribution located in Decatur, Meigs County, Tennessee, for the following federal violations:

(a) The distribution of firearms without a federal firearms license in violation of 18 USC 922(a) (1)

(b) The possession, distribution and possession with intent to distribute controlled substances, as well as conspiracy to commit these criminal acts, in violation of 21 USC 841(a) (1), 846 and 848;

4. This affidavit is made in support of a warrant to search for evidence of violations of 18 USC 922(a) (1), Unlicensed sell of firearms; 21 USC 841(a) (1), 846 and 848 the possession, distribution and possession with intent to distribute controlled substances, as well as conspiracy to commit these criminal acts and 18 USC 371, Conspiracy to Commit Offense against the United States, at James Rex Gregory's residence, 1050 Centerpoint Road, Decatur, Tennessee.

5. The search warrant requested by this affidavit is for the premises, outbuildings, shelters, curtilage, and residence of James Rex Gregory and Alva Gregory, located at 1050 Centerpoint Road, Decatur, Tennessee. The residence at 1050 Centerpoint Road, Decatur, Tennessee consists of a single story brown colored house with a garage located on the right side of the residence and a porch located on the front of the residence. A greenhouse is located directly behind the residence. The residence can be located from the intersection of Highway 58 and Centerpoint Road in Decatur, Tennessee. Travel northeast exactly one mile on Centerpoint Road. The residence is located on the right, at the corner of Centerpoint Road and Ward Road. A photo of the residence is attached to this affidavit. Affiant has personally observed the residence and the affiant will assist in the execution of the search warrant.

6. Your affiant submits that probable cause exists to believe that James Rex Gregory and Alva Gregory have been involved in a continuing series of firearms trafficking and controlled substance violations in the Eastern District of Tennessee, and that James Gregory and Alva Gregory utilize the residence located at 1050 Centerpoint Road, Decatur, Tennessee in the Eastern District of Tennessee, as a base of operation for that continuing criminal activity.

Your affiant further submits that probable cause exists to have the residences/properties of 1050 Centerpoint Road, Decatur, Tennessee, located in the Eastern District of Tennessee, searched for the following items:

(a)      Books, photographs, records, receipts, notes, ledgers and other papers which show the transportation, ordering, purchase, distribution, possession, sale or manufacture of firearms and controlled substances;

(b)      Address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers, written or typed by hand as opposed to printed commercially;

(c)      Books, letters, records, computerized and electronic records, receipts, bank statements and records, money drafts, letters of credit, wire transfers, safe deposit box keys, money orders and cashier's check receipts, passbooks, bank checks, and other items that reflect the spending, obtaining, secreting, transferring or concealing of firearms trafficking and controlled substance trafficking proceeds;

(d)      U.S. currency, and financial instruments, including, but not limited to, stocks and bonds, notes and other documents, showing an accumulation of assets, wealth, or money to the extent that these items are found in such quantity, substance and/or quality as to permit a reasonable inference that such items are proceeds of firearms trafficking;

(e)      Controlled substances, material and paraphernalia for manufacturing, packaging, cutting, weighing and distributing controlled substances, including but not limited to, scales, baggies and packing material;

(f)      Indicia of occupancy, residency, and/or ownership of the premises described above and other real property, including but not limited to, deeds, utility and telephone bills, canceled envelopes and keys;

(g)      Cellular telephones, including the electronic address book, stored memory feature and the SIM card (or similar type of electronic data storage card) of the cellular telephone;

(h)      Firearms, ammunition and items associated with such as magazines, holsters, gun cases.

(i)      Any and all other material evidence of violations of 18 U.S.C. § 922(a) (1) and 21 U.S.C. § 841(a) (1), 843(b), 846, and 881.

7.  On the basis of my familiarity with this investigation, I allege that there is probable cause to believe that the above offenses have been committed, are being committed, and will continue to be committed by targets of this investigation at the aforementioned locations for which this affidavit pertains.

8.  The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and the Tennessee 10th Judicial District Drug Task Force are conducting an investigation involving the distribution of firearms and controlled substances, specifically pharmaceutical pills and Marijuana, by individuals known to law enforcement as James Rex Gregory and Alva Gregory.

9.  Since December, 2010, ATF agents have investigated James Rex Gregory for illegal sales of firearms.  A total of twelve firearms have been purchased from Gregory.  On four different occasions an ATF undercover agent (U.C.) purchased firearms from Gregory without completing the required paperwork.  On two other occasions Gregory sold firearms to a confidential source (C.I.) who Gregory knew to be a prohibited person.  Four of these transactions occurred at Gregory's residence at 1050 Centerpoint Road, Decatur, Tennessee. In January, 2011, James Rex Gregory sold the U.C.  a controlled substance, namely Hydrocodone pills.  On two later occasions, including June 9, 2011, Alva Gregory sold the U.C. Hydrocodone pills.

On June 9, 2011, an ATF U.C. purchased a firearm from James Rex Gregory and Controlled Substances (Hydrocodone) from Alva Gregory at the Gregory's residence at 1050 Centerpoint Road, Decatur, Tennessee.  James Rex Gregory and the U.C. discussed the exchange of five (5) pounds of marijuana for firearms and U.S. Currency.  On June 20, 2011, the U.C. contact James Rex Gregory via phone and Gregory stated he was still interested in the marijuana.

10.  Check of property records showed the property located at 1050 Centerpoint Road, Decatur, Tennessee is registered to James Rex Gregory and Alva Gregory.

11.  Submitting that there is probable cause to believe that the subject premises contains evidence of violations of firearms, controlled substance, conspiracy and other associated laws of the United States, affiant respectfully requests the court issue a search warrant for this location.

_____
Stephen Gordy, ATF Special Agent

Subscribed and sworn to before me

this ___ day of June, 2011.

_____
Susan K. Lee
United States Magistrate Judge

Page 6 of 6

Attachment to ATF SA Gordy Affidavit
Search Warrant for Gregory residence

The residence at 1050 Centerpoint Road, Decatur, Tennessee consists of a single story brown colored house with a garage located on the right side of the residence and a porch located on the front of the residence.   A greenhouse is located directly behind the residence.  The residence can be located from the intersection of Highway 58 and Centerpoint Road in Decatur, Tennessee.  Travel northeast exactly one mile on Centerpoint Road.  The residence is located on the right, at the corner of Centerpoint Road and Ward Road.



# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

In the Matter of the Search of 　　　　)
*(Briefly describe the property to be searched* 　)
*or identify the person by name and address)* 　)　Case No. 1:11-MJ- 135
　 　)
the Residence and Property of James Rex Gregory 　)
1050 Centerpoint Road, Decatur, Tennessee 　)
　 　)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
the residence and property of James Rex Gregory, 1050 Centerpoint Road, Decatur, Tennessee, described more fully in the attachment to ATF SA Stephen Gordy's affidavit, incorporated herein by reference.

located in the 　　Eastern　　 District of 　　Tennessee　　 , there is now concealed *(identify the person or describe the property to be seized)*:
evidence of controlled substance distribution and conspiracy (Title 21, U.S.C., §§ 841and 846) and distribution of firearms by an unlicensed person (Title 18, U.S.C., §922) as more fully described in the affidavit of ATF SA Stephen Gordy, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841, 846 | Distribution and conspiracy to distribute controlled substances |
| 18 U.S.C. 922(a)(1) | Sale of firearms by an unlicensed person |

The application is based on these facts:
see attached affidavit of ATF SA Stephen Gordy

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

ATF SA Stephen Gordy
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 　　06/21/2011　　

City and state: 　Chattanooga, Tennessee　

_____
*Judge's signature*

United States Magistrate Judge Hon. Susan K. Lee
_____
*Printed name and title*

EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA
Affidavit for Search Warrant

This affiant, Stephen Gordy, Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives, being duly sworn, states the following:

1.   I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and have been so employed since September 10, 2001. I am currently assigned to the Chattanooga, Tennessee Field Office. I have a Bachelor of Science degree in Business Management from Carson-Newman College. I have over 30 hours of graduate level Criminal Justice courses from the University of Tennessee at Chattanooga. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigators Training Program. I am a graduate of the ATF National Academy's New Professional Training Program. In the performance of my duties I have conducted investigations of violations of state and federal laws, including drug trafficking, firearms trafficking, explosives crimes, and other violent crimes. As a result of my training and experience as an ATF Special Agent, I am familiar with federal criminal laws relating to firearms, explosives, arson and illegal controlled substances. The information contained in this affidavit has been obtained by your affiant through personal knowledge and information related to your affiant by fellow law enforcement officers. This affidavit is submitted in support of a search warrant for the premises, outbuildings, shelters and curtilage at the residence of James Rex Gregory, 1050 Centerpoint Road, Decatur, Tennessee.

2.   Based upon affiant's training, experience, and participation in investigations involving firearms violations and narcotics violations, your affiant knows:

(a)   That drug and firearms traffickers may maintain on hand U.S. currency in order to maintain and finance their ongoing narcotics and firearm business;

(b)   That drug and firearms traffickers maintain books, records, receipts, notes, ledgers, airline tickets, money orders, and other papers relating to the transportation, ordering, sale and distribution of firearms and controlled substances. That the aforementioned books, records, receipts, notes, ledgers, etc. are maintained where the traffickers have ready access to them;

(c)   That it is common for drug and firearms traffickers to maintain proceeds of firearms sales and records of transactions in secure locations within their residence, including locked boxes, closets, hidden compartments, storage facilities, outbuildings, and vehicles parked at

Page **1** of **6**

their residence, and other locations which they maintain dominion and control over, for ready access and to conceal these items from law enforcement authorities;

(d)     That it is common amongst drug and firearm traffickers to use cellular phones to conduct sales and to keep phone numbers of their associates within the cell phones. Traffickers also frequently use cellular telephones and keep a list of names and numbers of customers and suppliers in their electronic address books of their cellular telephones.

(e)     That drug traffickers keep in their possession evidence including controlled substances, material and paraphernalia for manufacturing, packaging, cutting, weighing and distributing controlled substances, including but not limited to, scales, baggies and packing material.

(f)     That it is common for persons involved in drug and firearms trafficking to maintain evidence pertaining to their obtaining, secreting, transferring , concealing and/or spending proceeds, such as: currency, financial instruments, precious metals and gemstones, jewelry, books, records, invoices, receipts, records of real estate transactions, bank statements and related records, passbooks, money drafts, letters of credit, money orders, bank drafts, cashiers checks, bank checks, safe deposit box keys and money wrappers.  These items are maintained by the traffickers within their residences, businesses or other locations which they maintain dominion and control over.

(g)     That drug and firearms traffickers often utilize electronic equipment such as computers, facsimile machines, currency counting machines and telephone answering machines to generate, transfer, count, records and/or store the information described above.  Traffickers also utilize electronic equipment such as video cameras, listening devices and motion sensors to protect their property and provide counter surveillance of law enforcement.

(h)     That drug and firearms traffickers commonly maintain addresses and telephone numbers in books or papers which reflect names, addresses and/or telephone numbers of their associates within their trafficking organization;

(i)     Traffickers often store photographs in cellular phones.  And that drug and firearms traffickers take or cause to be taken photographs of themselves, their associates, their property and their product and that these traffickers usually maintain these photographs in their possession.

(j)     That drug and firearms traffickers commonly have in their possession, which is on their person, at their residences, vehicles and outbuildings, firearms, including but not limited to:

handguns, pistols, revolvers, rifles, shotguns, machine guns and other weapons. Said firearms are for sale and trade. The firearms are also used to protect and secure their property. Such property may include, but is not limited to, firearms, books, records and U.S. currency.

3. I am currently participating in a joint Federal investigation of firearms trafficking and controlled substance distribution located in Decatur, Meigs County, Tennessee, for the following federal violations:

(a) The distribution of firearms without a federal firearms license in violation of 18 USC 922(a) (1)

(b) The possession, distribution and possession with intent to distribute controlled substances, as well as conspiracy to commit these criminal acts, in violation of 21 USC 841(a) (1), 846 and 848;

4. This affidavit is made in support of a warrant to search for evidence of violations of 18 USC 922(a) (1), Unlicensed sell of firearms; 21 USC 841(a) (1), 846 and 848 the possession, distribution and possession with intent to distribute controlled substances, as well as conspiracy to commit these criminal acts and 18 USC 371, Conspiracy to Commit Offense against the United States, at James Rex Gregory's residence, 1050 Centerpoint Road, Decatur, Tennessee.

5. The search warrant requested by this affidavit is for the premises, outbuildings, shelters, curtilage, and residence of James Rex Gregory and Alva Gregory, located at 1050 Centerpoint Road, Decatur, Tennessee. The residence at 1050 Centerpoint Road, Decatur, Tennessee consists of a single story brown colored house with a garage located on the right side of the residence and a porch located on the front of the residence. A greenhouse is located directly behind the residence. The residence can be located from the intersection of Highway 58 and Centerpoint Road in Decatur, Tennessee. Travel northeast exactly one mile on Centerpoint Road. The residence is located on the right, at the corner of Centerpoint Road and Ward Road. A photo of the residence is attached to this affidavit. Affiant has personally observed the residence and the affiant will assist in the execution of the search warrant.

6. Your affiant submits that probable cause exists to believe that James Rex Gregory and Alva Gregory have been involved in a continuing series of firearms trafficking and controlled substance violations in the Eastern District of Tennessee, and that James Gregory and Alva Gregory utilize the residence located at 1050 Centerpoint Road, Decatur, Tennessee in the Eastern District of Tennessee, as a base of operation for that continuing criminal activity.

Your affiant further submits that probable cause exists to have the residences/properties of 1050 Centerpoint Road, Decatur, Tennessee, located in the Eastern District of Tennessee, searched for the following items:

(a)     Books, photographs, records, receipts, notes, ledgers and other papers which show the transportation, ordering, purchase, distribution, possession, sale or manufacture of firearms and controlled substances;

(b)     Address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers, written or typed by hand as opposed to printed commercially;

(c)     Books, letters, records, computerized and electronic records, receipts, bank statements and records, money drafts, letters of credit, wire transfers, safe deposit box keys, money orders and cashier's check receipts, passbooks, bank checks, and other items that reflect the spending, obtaining, secreting, transferring or concealing of firearms trafficking and controlled substance trafficking proceeds;

(d)     U.S. currency, and financial instruments, including, but not limited to, stocks and bonds, notes and other documents, showing an accumulation of assets, wealth, or money to the extent that these items are found in such quantity, substance and/or quality as to permit a reasonable inference that such items are proceeds of firearms trafficking;

(e)     Controlled substances, material and paraphernalia for manufacturing, packaging, cutting, weighing and distributing controlled substances, including but not limited to, scales, baggies and packing material;

(f)     Indicia of occupancy, residency, and/or ownership of the premises described above and other real property, including but not limited to, deeds, utility and telephone bills, canceled envelopes and keys;

(g)     Cellular telephones, including the electronic address book, stored memory feature and the SIM card (or similar type of electronic data storage card) of the cellular telephone;

(h)     Firearms, ammunition and items associated with such as magazines, holsters, gun cases.

(i)     Any and all other material evidence of violations of 18 U.S.C. § 922(a) (1) and 21 U.S.C. § 841(a) (1), 843(b), 846, and 881.

7.   On the basis of my familiarity with this investigation, I allege that there is probable cause to believe that the above offenses have been committed, are being committed, and will continue to be committed by targets of this investigation at the aforementioned locations for which this affidavit pertains.

8.   The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and the Tennessee 10th Judicial District Drug Task Force are conducting an investigation involving the distribution of firearms and controlled substances, specifically pharmaceutical pills and Marijuana, by individuals known to law enforcement as James Rex Gregory and Alva Gregory.

9.   Since December, 2010, ATF agents have investigated James Rex Gregory for illegal sales of firearms.  A total of twelve firearms have been purchased from Gregory.  On four different occasions an ATF undercover agent (U.C.) purchased firearms from Gregory without completing the required paperwork.  On two other occasions Gregory sold firearms to a confidential source (C.I.) who Gregory knew to be a prohibited person.  Four of these transactions occurred at Gregory's residence at 1050 Centerpoint Road, Decatur, Tennessee. In January, 2011, James Rex Gregory sold the U.C.  a controlled substance, namely Hydrocodone pills.  On two later occasions, including June 9, 2011, Alva Gregory sold the U.C. Hydrocodone pills.

On June 9, 2011, an ATF U.C. purchased a firearm from James Rex Gregory and Controlled Substances (Hydrocodone) from Alva Gregory at the Gregory's residence at 1050 Centerpoint Road, Decatur, Tennessee.  James Rex Gregory and the U.C. discussed the exchange of five (5) pounds of marijuana for firearms and U.S. Currency.  On June 20, 2011, the U.C. contact James Rex Gregory via phone and Gregory stated he was still interested in the marijuana.

10.   Check of property records showed the property located at 1050 Centerpoint Road, Decatur, Tennessee is registered to James Rex Gregory and Alva Gregory.

11. Submitting that there is probable cause to believe that the subject premises contains evidence of violations of firearms, controlled substance, conspiracy and other associated laws of the United States, affiant respectfully requests the court issue a search warrant for this location.

Stephen Gordy, ATF Special Agent

Subscribed and sworn to before me

this _21_ day of June, 2011.

Susan K. Lee
United States Magistrate Judge

Attachment to ATF SA Gordy Affidavit
Search Warrant for Gregory residence


The residence at 1050 Centerpoint Road, Decatur, Tennessee consists of a single story brown colored house with a garage located on the right side of the residence and a porch located on the front of the residence.   A greenhouse is located directly behind the residence.  The residence can be located from the intersection of Highway 58 and Centerpoint Road in Decatur, Tennessee.  Travel northeast exactly one mile on Centerpoint Road.  The residence is located on the right, at the corner of Centerpoint Road and Ward Road.

